#60667

FILED
2010 JUN 21 PM 12:11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN OHIO

In Re: ) Case No. 08-61681-RK
)
VAN HORN, DANNY R. ) Chapter 7
VAN HORN, LINDA M. )
       Debtor(s). ) Judge: KENDIG
)
)

**TRANSMITTAL OF UNCLAIMED FUNDS**

ANNE PIERO SILAGY, trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to whom such unnegotiated checks were issued, the amount of such check and their last known addresses are:

2. Your trustee's check for $152.73 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

          Rick or Jo Baugher
      1584 Mount Pleasant Rd NW
       North Canton, Ohio 44721
       Claim No. 5 - $1650.00
       Dividend Paid - $152.73

3. Nothing further remains to be done in this case.

Date: June 15, 2010

                        ANNE PIERO SILAGY, Trustee
                        220 Market Ave South
                        Suite 900
                        Canton, OH 44702
                        (330) 456-0900

cc: United States Trustee